## L. A. HILL V. THE STATE.

No. 16325. Delivered January 10, 1934.
Reported in 67 S. W. (2d) 278.

The opinion states the case.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for theft; punishment, seven and one-half years in the penitentiary.

We find in the record an affidavit in due form made by the district attorney certifying that pending this appeal the appellant has made his escape and is now a fugitive from justice. Under the provisions of our law this court is without further jurisdiction in such case, and the appeal is accordingly dismissed.

*Dismissed.*